**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHARLOTTE PALIWODA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CASE NO.** |
| | § | |
| | § | |
| **MARRIOTT INTERNATIONAL, INC.,** | § | |
| **MARRIOTT HOTEL SERVICES, INC.,** | § | |
| **NIKKI KIM,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Marriott International, Inc., Marriott Hotel Services, Inc., and Nikki Kim (collectively, **"Defendants"**) file this Notice of Removal of Cause No. 2022-42634, filed by Plaintiff Charlotte Paliwoda ("Plaintiff") in the 164th Judicial District Court of Harris County, Texas, based upon this Court's federal question and supplemental jurisdiction. In support of removal, Defendants respectfully show the Court as follows:

**I.
BACKGROUND**

1.      On July 18, 2022, Plaintiff filed her Original Petition in the 164th Judicial District Court of Harris County, Texas, Cause No. 2022-42634 (the "State Court Action"). *See* Exhibit 2.[1] Defendants timely answered on August 15, 2022. *See* Exhibit 2. In her Original Petition, Plaintiff alleges claims for discrimination based on sex, hostile work environment based on sex,

---

[1]  In accordance with LR81, an index of all matters being filed, is attached hereto as Exhibit 1. True and correct copies of all process, pleadings, and orders served on or by the Defendants in the State Court Action and a copy of the state court docket sheet, are attached hereto as Exhibit 2. A list of all counsel of record, including addresses, telephone numbers, and parties represented, is attached hereto as Exhibit 3.

and retaliation under Chapter 21 of the Texas Labor Code, Tex. Lab. Code Ann. § 21.001, *et seq.*, and Texas common law claims for assault and negligent supervision and training. *See id*. On December 19, 2022, Plaintiff filed her First Amended Original Petition ("Amended Petition") which includes an additional claim for constructive discharge under Chapter 21 of the Texas Labor Code *and* Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, *et seq. See id*. Defendants timely answered the Amended Petition on January 6, 2023. *See id*. This case is removable pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a).

2.      Defendants have timely filed this Notice of Removal. The defendant has 30 days to file a notice of removal after receipt of a copy of the amended pleading setting forth the claim upon which such action or proceeding is based. *See* 28 U.S.C. § 1446(b)(3). Here, Defendants were served with a copy of the Amended Petition by email and electronic service on December 19, 2022. *See* Exhibit 2. Therefore, the deadline for filing a notice of removal is Wednesday, January 18, 2023, and this Notice of Removal is timely.

## II.
## FEDERAL QUESTION JURISDICTION AND VENUE

3.      This Court has original jurisdiction over Plaintiff's federal law claim. The United States Federal District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. The Amended Petition asserts a civil claim arising under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, *et seq.* Thus, this case falls within the original federal question jurisdiction of this Court pursuant to 28 U.S.C. § 1331.

4.      This Court has supplemental jurisdiction over Plaintiff's state law claims. Where a United States Federal District Court has original jurisdiction over at least one of the claims at issue, the Court also has supplemental jurisdiction over any additional claims that are "so related

to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Here, Plaintiff's state law claims for discrimination based on sex, hostile work environment based on sex, retaliation, assault, and negligent supervision and training are closely related to her claim for constructive discharge under Title VII. Indeed, Plaintiff relies on the same alleged facts to support both her state law and federal law claims. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

5.      Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 1391(b) and 124(b)(2) because the Houston Division includes Harris County, where the State Court Action is pending.

6.      As required by 28 U.S.C. § 1446(d), a Notice to State Court of Filing of Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed with the clerk of the 164th Judicial District Court of Harris County and served on Plaintiff. A copy of the Notice to State Court of Filing of Notice of Removal is attached hereto as Exhibit 4.

## III.
## CONCLUSION

WHEREFORE, Defendants respectfully request the removal of this action from the 164th Judicial District Court of Harris County, Texas to this Court.

Dated: January 10, 2023                    Respectfully submitted,


OF COUNSEL:                                /s/ *Nehal S. Anand*
                                           Nehal S. Anand
Kathryn E. McDougal                        State Bar No. 24070600
State Bar No. 24102175                      Federal Bar ID 1061200
Federal Bar ID 3008942                     LITTLER MENDELSON
LITTLER MENDELSON                          1301 McKinney Street
1301 McKinney Street,                       Suite 1900
Suite 1900                                 Houston, TX  77010
Houston, TX  77010                         713.951.9400 (Telephone)
713.951.9400 (Telephone)                   713.951.9212 (Telecopier)
713.951.9212 (Telecopier)                  nanand@littler.com
kmcdougal@littler.com
                                           ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I certify that on January 10, 2023, a true and correct copy of the foregoing document was duly served via ECF, email, and certified mail, return receipt requested as follows:

Emily Frost
FROST DOMEL PLLC
2499 S. Capital of Texas Hwy., Suite B-203
Austin, Texas 78746
512.640.6601 (Telephone)
emily@frostdomel.com

CERTIFIED MAIL #7018 2290 0001 4248 8004

ATTORNEY FOR PLAINTIFF

/s/ *Nehal S. Anand*
Nehal S. Anand

4