IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARLOTTE PALIWODA,** | § § § § | |
| Plaintiff | | |
| v. | § § § § § § § § § | CIVIL ACTION 4:23-CV-00084 |
| **MARRIOTT INTERNATIONAL, INC., ET AL.,** | | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charlotte Paliwoda and Defendants Marriott International, Inc., Marriott Hotel Services, Inc., and Nikki Kim hereby stipulate that this action (and all claims herein) be dismissed against all defendants with prejudice, with each party bearing its own attorneys' fees and costs of court.

Dated: October 16, 2023

Respectfully submitted,

*/s/ Emily S. Frost (Signed with Permission)*
Emily S. Frost
**FROST DOMEL PLLC**
2499 S. Capital of Texas Highway
Suite B-203
Austin, Texas 78746
Telephone: 512.640.6601
emily@frostdomel.com

**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

*/s/ Nehal S. Anand*
Nehal S. Anand (Attorney-in-Charge)
State Bar No. 24070600
Federal I.D. No. 1061200
**LITTLER MENDELSON P.C.**
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
nanand@littler.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023 a true and correct copy of the above and foregoing was filed and served using the Court's e-filing system as follows:

Emily S. Frost
**FROST DOMEL PLLC**
2499 S. Capital of Texas Highway
Suite B-203
Austin, Texas 78746
Telephone: 512.640.6601
emily@frostdomel.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Nehal S. Anand*
Nehal S. Anand

4865-7043-8790.1 / 025237-1035