IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHARLOTTE PALIWODA,** § § § | |
| **Plaintiff** § § | |
| v. § | **CIVIL ACTION 4:23-CV-00084** |
| § | |
| **MARRIOTT INTERNATIONAL, INC., ET AL.,** § § § | |
| **Defendants.** § § § | |

## ORDER OF DISMISSAL ON STIPULATION

The parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii)) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that this case is dismissed with prejudice against all defendants, with each party to bear its own costs.

It is so ORDERED.

SIGNED the  16th  day of  October , 2023.

_____
Honorable Lee H. Rosenthal
U.S. District Court Judge